

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/16/2019

| | | |
|---|---|---|
| IN RE: § | | |
| BLACK ELK ENERGY OFFSHORE § | CASE NO: 15-34287 | |
| OPERATIONS, LLC, *et al* § | | |
| Debtor(s) § | | |
| § | CHAPTER 11 | |
| § | | |
| RICHARD SCHMIDT § | | |
| Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 19-03330 | |
| § | | |
| MERIDIAN CAPITAL FOUNDATION, *et al* § | | |
| Defendant(s) § | | |

## ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, the Court orders:

1. Any allegations that Meridian Capital Foundation committed fraud are dismissed.

2. The balance of Meridian Capital Foundation's motion to dismiss is denied.

SIGNED **August 16, 2019.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE